IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| DONNA L. CRABTREE, | § |
| *Plaintiff,* | § § § |
| VS. | § § |
| FRONTIER MANAGEMENT, LLC, AND MAGNOLIA COURT AL MC CARE PROPERTIES, LLC, | § § § § § § | 
| *Defendants.* | § |

CIVIL ACTION NO. 9:23-CV-00157
JUDGE MICHAEL J. TRUNCALE

## ACKNOWLEDGMENT OF JOINT STIPULATION OF DISMISSAL

The Parties have filed a Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) in this matter. [Dkt. 14]. Accordingly, the Court acknowledges that this matter is **DISMISSED WITH PREJUDICE** as to all claims filed herein effective the date of the Parties' Joint Stipulation of Dismissal.

Each Party shall bear its own attorneys' fees and costs. All Court dates and deadlines are hereby **VACATED,** and all pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this matter.

**SIGNED** this 30th day of September**, 2024.**

Michael J. Truncale
United States District Judge